RABY HILL v. THE STATE.

No. 19133.   Delivered November 3, 1937.
Rehearing Denied December 22, 1937.

The opinion states the case.

*DeWitt Bowmer,* of Temple, and *Polk Shelton,* of Austin, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—The offense is murder; the punishment, confinement in the penitentiary for three years.

The record is before us without a statement of facts. In the absence of a statement of facts we are unable to appraise the bills of exception.

The judgment is affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## ON MOTION FOR REHEARING.

MORROW, PRESIDING JUDGE.—Our re-examination of the record in the light of the appellant's motion for rehearing leads us to the conclusion that the case was properly disposed of on the original hearing. The motion for rehearing is therefore overruled.

*Overruled.*